## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.    21-cr-00112-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BLAIR BRYANT,

    Defendant.

---

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about February 23, 2021, in the State and District of Colorado, the defendant, BLAIR BRYANT, did knowingly and intentionally manufacture N,N-Dimethyltryptamine ("DMT"), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2 (aiding and abetting).

### COUNT 2

In or about February 2021, in the State and District of Colorado, the defendant, BLAIR BRYANT, and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to manufacture N,N-Dimethyltryptamine ("DMT"), a Schedule I controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 3

On or about February 23, 2021, in the State and District of Colorado, the defendant, BLAIR BRYANT, did knowingly and intentionally possess with the intent to distribute N,N-Dimethyltryptamine ("DMT"), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 4

On or about February 23, 2021, in the State and District of Colorado, the defendant, BLAIR BRYANT, did knowingly and unlawfully open, lease, rent, use, and maintain any place for the purpose of manufacturing, distributing, and using N,N-Dimethyltryptamine ("DMT"), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1).

## FORFEITURE ALLEGATION

1.  As a result of committing the violations of Title 21, United States Code, Section 841(a)(1), 846, and 856(a)(1), alleged in Counts One through Four of this Indictment, the defendant, BLAIR BRYANT, shall forfeit, pursuant to Title 21, United States Code, Section 853, any and all property, real or personal, constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One

through Four of this Indictment.

    2.    If any of the property subject to forfeiture as a result of any act or omission of the defendants:

    a)    cannot be located upon the exercise of due diligence;
    b)    has been transferred or sold to, or deposited with, a third party;
    c)    has been placed beyond the jurisdiction of the Court;
    d)    has been substantially diminished in value; or
    e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

All in violation of Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By: <u>s/ Andrea Surratt</u>
Andrea Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: Andrea.Surratt@usdoj.gov
Attorney for Government