| | | |
|---|---|---|
| DEFENDANT: | BLAIR BRYANT | |
| YOB/AGE: | 1979 | |
| COMPLAINT FILED? | _____ Yes   ___x____ No | |
| | If Yes, MAGISTRATE CASE NUMBER_____ | |
| OFFENSE(S): | 1) 21 U.S.C. § 841(a)(1), (b)(1)(C) | Manufacture of a controlled substance |
| | 2) 21 U.S.C. §§ 841(a)(1) & 846 | Conspiracy to manufacture a controlled substance |
| | 3) 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with intent to distribute a controlled substance |
| | 4) 21 U.S.C. § 856 | Maintenance of a drug-involved premises |
| LOCATION OF OFFENSE: | Denver County, Colorado | |
| PENALTY: | 1) 21 U.S.C. § 841(a)(1), (b)(1)(C) | NMT 20 yrs imprisonment; NLT 3 yrs SR; NMT life SR; NMT $1,000,000 fine; $100 SA |
| | 2) 21 U.S.C. §§ 841(a)(1) & 846 | NMT 20 yrs imprisonment; NLT 3 yrs SR; NMT life SR; NMT $1,000,000 fine; $100 SA |
| | 3) 21 U.S.C. § 841(a)(1), (b)(1)(C) | NMT 20 yrs imprisonment; NLT 3 yrs SR; NMT life SR; NMT $1,000,000 fine; $100 SA |
| | 4) 21 U.S.C. § 856 | NMT 20 yrs imprisonment; NMT 3 yrs SR; NMT $500,000 fine; $100 SA |
| AGENT: | HSI SA Kevin Vassighi/DEA TFO Joe Ryan Hartley | |
| AUTHORIZED BY: | AUSA Andrea Surratt | |

ESTIMATED TIME OF TRIAL:   _x_ five days or less      ____ over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.