AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21-cr-00112-DDD |
| BLAIR BRYANT, | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **BLAIR BRYANT**, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

| | |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Manufacture of a controlled substance |
| 21 U.S.C. §§ 841(a)(1) & 846 | Conspiracy to manufacture a controlled substance |
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with intent to distribute a controlled substance |
| 21 U.S.C. § 856(a)(1) | Maintenance of a drug-involved premises |

Date: 04/07/2021

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*