AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 APR 22 PM 3:45

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) ) | Case No.  21-cr-00112-DDD |
| BLAIR BRYANT, | ) ) ) | |
| *Defendant* | | |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **BLAIR BRYANT**, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

| | |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Manufacture of a controlled substance |
| 21 U.S.C. §§ 841(a)(1) & 846 | Conspiracy to manufacture a controlled substance |
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with intent to distribute a controlled substance |
| 21 U.S.C. § 856(a)(1) | Maintenance of a drug-involved premises |

Date: 04/07/2021                                    s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado                    Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 4/7/2021, and the person was arrested on *(date)* at
*(city and state)* Denver, CO.

Date: 4/22/21                                       [signature]
                                                    *Arresting officer's signature*

                                                    Special Agent Kevin Vassrigh
                                                    *Printed name and title*