IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00112-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**BLAIR BRYANT,**

       **Defendant.**

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/ *Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  timothy_ohara@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on April 23, 2021, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Andrea Lee Surratt
    Assistant U.S. Attorney
    Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Blair Bryant    (U.S. Mail)

                                                    s/ *Timothy P. O'Hara*
                                                    TIMOTHY P. O'HARA
                                                    Assistant Federal Public Defender
                                                    633 Seventeenth Street, Suite 1000
                                                    Denver, Colorado  80202
                                                    Telephone:  (303) 294-7002
                                                    FAX:  (303) 294-1192
                                                    Email:  timothy_ohara@fd.org
                                                    Attorney for Defendant