IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00112-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    BLAIR BRYANT,

    Defendant.

---

**GOVERNMENT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

---

    The United States of America moves this Court pursuant to Fed. R. Crim. P. Rule 16(d)(1), for a protective order pertaining to a subset of discovery in the above-captioned case.

    1.    The defendant is charged in indictment 21-cr-112-DDD in various counts related to the manufacture and distribution of a controlled substance.

    2.    On or about February 23, 2021, law enforcement officers executed a search warrant the defendant's Denver home. Many of the officers executing the search warrant were members of Denver Police Department ("DPD") SWAT. The Government has obtained footage from the body cameras worn by DPD officers during the February 23, 2021 search (the "Body Cam Footage"). The Body Cam Footage will be disclosed to defense counsel and marked as "BODYCAM." The material will be sent to defense counsel clearly marked as subject to the Protective Order.

3.      Among other things, much of the Body Cam Footage clearly shows the faces of many of the of DPD SWAT officers who were present on February 23, 2021 in a way that would make identification of those officers relatively easy.  The Government has an interest in protecting the identity of SWAT officers as to the general public.

4.      Accordingly, the Government requests that a protective order be entered as to the Body Cam Footage that stipulates that:

a.)    the Body Cam Footage (identified as BODYCAM) may be used only in this case and for no other purpose, without further order from this court;

b.)     The Defendant may be allowed to view the Body Cam Footage, but only while in the direct presence of defense counsel or members of the defense team, including any defense attorneys, investigators, or staff from the Office of the Federal Public Defender, as the Office of the Federal Public Defender determines necessary for the purpose of preparing a defense in this particular case; and

c.)    the Body Cam Footage may be shared with attorneys and staff with the Office of the Federal Public Defender and/or experts retained for purposes of assisting with the defense in this case.

5.      Such an order would expedite the production of complete materials in this case and afford counsel the ability to more promptly investigate and prepare a defense without limitations on the information provided beyond what is set forth in the order.

Wherefore, the Government requests that this Court enter a protective order as described herein.

Respectfully submitted this 2nd day of June, 2021.

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/ Andrea Surratt*
ANDREA SURRATT
Assistant United States Attorney
1801 California St. Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Email: andrea.surratt@usdoj.gov
Attorney for the Government