IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00112-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    BLAIR BRYANT,

    Defendant.

## PROTECTIVE ORDER

THIS MATTER, coming before the Court upon motion of the Government for a protective order (the "Motion"),

IT IS HEREBY ORDERED that:

Because the materials listed in the Motion contain sensitive identifying information (the "Body Cam Footage" marked as "BODYCAM"), such disclosure shall be pursuant to the following conditions:

    a.)    the Body Cam Footage produced by the Government may be used only in this case and for no other purpose without further order from this court;

    b.)    The Defendant may be allowed to view the Body Cam Footage, but only while in the direct presence of defense counsel or members of the defense team, including any defense attorneys, investigators, or staff from the Office of the Federal

Public Defender, as the Office of the Federal Public Defender determines necessary for the purpose of preparing a defense in this particular case; and

   c.) the Body Cam Footage may be shared with attorneys and staff with the Office of the Federal Public Defender and/or experts retained for purposes of assisting with the defense in this case

 Dated this _____ day of June, 2021.

            BY THE COURT:

            _____
            HON. DANIEL D. DOMENICO
            UNITED STATES DISTRICT JUDGE
            DISTRICT OF COLORADO