IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00112-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

BLAIR BRYANT,

       Defendant.

## NOTICE OF DISPOSITION

       Defendant, Blair Bryant, by and through counsel, Timothy P. O'Hara, Assistant Federal Public Defender, hereby notifies this Honorable Court that Mr. Bryant intends to plead guilty without a Plea Agreement with the government.  The parties are requesting permission to contact the Court to schedule a Change of Plea Hearing.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/ *Timothy P. O'Hara*
       TIMOTHY P. O'HARA
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Email:  timothy_ohara@fd.org
       Attorney for Defendant

*I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.*

CERTIFICATE OF SERVICE

       I hereby certify that on September 15, 2021, I electronically filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Andrea Lee Surratt, Assistant United States Attorney
    Email:  andrea.surratt@usdoj.gov

. . . and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Blair Bryant (via U.S. mail)

                      s/ *Timothy P. O'Hara*
                        TIMOTHY P. O'HARA
                        Assistant Federal Public Defender
                        633 Seventeenth Street, Suite 1000
                        Denver, Colorado  80202
                        Telephone:  (303) 294-7002
                        FAX:  (303) 294-1192
                        Email:  timothy_ohara@fd.org
                        Attorney for Defendant