IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00112-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**BLAIR BRYANT,**

        **Defendant.**

## UNOPPOSED MOTION TO CONTINUE THE CHANGE OF PLEA HEARING

MR. BLAIR BRYANT, by and through his attorney, Timothy P. O'Hara, moves to continue the Change of Plea Hearing, currently set on October 27, 2021, at 2:30 p.m. for a period of approximately 45 days. The government does not oppose the present motion.

1) On April 7, 2021, the government filed a four-count Indictment against Mr. Bryant. *See* Doc. 1.

2) On April 28, 2021, the Honorable Magistrate Judge Kristen L. Mix released Mr. Bryant on conditions. *See* Doc. 13.

3) On September 15, 2021, undersigned counsel filed a Notice of Disposition with the Court, indicating that Mr. Bryant intends to plead guilty without a Plea Agreement. *See* Doc. 22.

4) On September 17, 2021, the Court vacated the Trial Preparation Conference and Jury Trial dates and set the present matter for a Change of Plea Hearing on October 27, 2021, at 2:30 p.m. *See* Doc. 23.

5) Undersigned counsel requires additional time to consult with Mr. Bryant and the government and to prepare the plea documents in advance of the Change of Plea Hearing.

6) Undersigned counsel expects that the aforementioned tasks will take approximately 45 days.

7) Undersigned counsel informed government counsel of the present motion and she does not object to continuing the Change of Plea Hearing.

8) This is the first request to continue the Change of Plea Hearing.

WHEREFORE, undersigned counsel requests that the Court continue the Change of Plea Hearing for a period of approximately 45 days.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ *Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  Timothy_OHara@fd.org
Attorney for Defendant

*I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2021, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE THE CHANGE OF PLEA HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Andrea Surratt
    Assistant U.S. Attorney
    Email:  Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Blair Bryant    (U.S. Mail)

                                       s/ *Timothy P. O'Hara*
                                       TIMOTHY P. O'HARA
                                       Assistant Federal Public Defender
                                       633 Seventeenth Street, Suite 1000
                                       Denver, Colorado  80202
                                       Telephone:  (303) 294-7002
                                       FAX:  (303) 294-1192
                                       Email:  Timothy_OHara@fd.org
                                       Attorney for Defendant