IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00112-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**BLAIR BRYANT,**

       **Defendant.**

---

**UNOPPOSED EMERGENCY MOTION TO CONTINUE
THE CHANGE OF PLEA HEARING**

---

MR. BLAIR BRYANT, by and through his attorney, Timothy P. O'Hara, moves to continue the Change of Plea Hearing, currently set on December 8, 2021, at 11:30 a.m. Undersigned counsel is sick. The government does not oppose the present motion.

1) On September 15, 2021, undersigned counsel filed a Notice of Disposition. *See* Doc. 22.

2) On September 17, 2021, the Court set the Change of Plea Hearing for October 27, 2021. *See* Doc. 23.

3) On October 21, 2021, undersigned counsel filed a Motion to Continue the Change of Plea Hearing, requesting additional time "to consult with Mr. Bryant and the government and to prepare the plea documents in advance of the Change of Plea Hearing." *See* Doc. 25.

4) Undersigned counsel finalized the plea documents and on December 2, 2021, submitted them to chambers.

5) Unfortunately, last night, undersigned counsel became ill with what is likely a stomach bug.  Undersigned counsel is not in a position to leave his house and participate in court proceedings today.

6) Undersigned counsel informed government counsel of the present motion and she does not object to continuing the Change of Plea Hearing.

7) This is the second request to continue the Change of Plea Hearing.

WHEREFORE, undersigned counsel requests that the Court continue the Change of Plea Hearing.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ *Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  Timothy_OHara@fd.org
Attorney for Defendant

*I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.*

# CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2021, I electronically filed the foregoing

**UNOPPOSED EMERGENCY MOTION TO CONTINUE
THE CHANGE OF PLEA HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

    Andrea Surratt
    Assistant U.S. Attorney
    Email: Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Blair Bryant    (U.S. Mail)

    s/ *Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: Timothy_OHara@fd.org
    Attorney for Defendant