IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00112-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**BLAIR BRYANT,**

       **Defendant.**

---

**UNOPPOSED MOTION TO RESTRICT ACCESS**

---

MR. BLAIR BRYANT, by and through undersigned counsel, Assistant Federal Public Defender Timothy P. O'Hara, respectfully requests Document Nos. 32 and 33 be restricted at Level 2. The Motion to Restrict is unopposed by the government.

                                    Respectfully submitted,

                                    VIRGINIA L. GRADY
                                    Federal Public Defender

                                    s/*Timothy P. O'Hara*
                                    TIMOTHY P. O'HARA
                                    Assistant Federal Public Defender
                                    633 Seventeenth Street, Suite 1000
                                    Denver, Colorado 80202
                                    Telephone: (303) 294-7002
                                    FAX: (303) 294-1192
                                    Email: Timothy_OHara@fd.org
                                    Attorney for Defendant

*I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.*

# CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022, I electronically filed the foregoing *Unopposed Motion To Restrict Access* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Andrea Surratt
    Assistant U.S. Attorney
    Email:  Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Blair Bryant (U.S. Mail)

                                                               s/*Timothy P. O'Hara*
                                                               TIMOTHY P. O'HARA
                                                                Assistant Federal Public Defender
                                                                633 Seventeenth Street, Suite 1000
                                                              Denver, Colorado  80202
                                                               Telephone:  (303) 294-7002
                                                               FAX:  (303) 294-1192
                                                               Email:  Timothy.OHara@fd.org
                                                               Attorney for Defendant