## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: January 6, 2022 |
| Court Reporter: Terri Lindblom | Interpreter: n/a |
| Probation: n/a | |

**CASE NO.   21-cr-00112-DDD**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Surratt |
| Plaintiff, | |
| v. | |
| BLAIR BRYANT, | Timothy O'Hara |
| Defendant. | |

### ARRAIGNMENT AND CHANGE OF PLEA HEARING

**2:35 p.m.     Court in session.**

Defendant present on bond.

Defendant sworn.

Defendant advised regarding:

    1)    The Plea of Guilty without Agreement;
    2)    The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
    3)    The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Defendant is rearraigned on Counts 1-4 of the **Indictment**.   Defendant pleads guilty to Counts 1-4 of the **Indictment.**

Oral findings are made of record.

**ORDER:**   Plea of Guilty without Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:**   Defendant's plea is accepted and defendant is adjudged guilty as charged in **Counts 1-4 of the Indictment.**

**ORDER:**   Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:**   Sentencing hearing is set **April 13, 2022, at 2:30 p.m.,** in Courtroom A1002, 901 19th Street, Denver, CO. Any hearings other than Sentencing are hereby VACATED.   Any pretrial motions that are pending are hereby declared moot.

**ORDER:**   Any objections to the presentence report and any motions for departure or variance will be filed within 14 days or receiving the presentence report in accordance with Fed.R.Crim.P.32(f)(1).   Any responses to objections or motions shall be filed no later than seven days prior to the sentencing date. Any requests by the Government for preliminary forfeiture shall be done by written motion.

**ORDER:**   Defendant's Motion to Restrict (Doc. #34) is GRANTED.

**ORDER:**   Defendant's motion to remain free on bond until time of sentencing is GRANTED for the reasons set forth on the record. Bond is Continued subject to all the same conditions.

**3:17 p.m.**   **Court in recess.**

**Total Time:   00:42**
**Hearing concluded.**