IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00112-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**BLAIR BRYANT,**

       **Defendant.**

---

## MOTION TO RESTRICT ACCESS

---

MR. BLAIR BRYANT, by and through undersigned counsel, Assistant Federal Public Defender Timothy P. O'Hara, respectfully requests this document, Attachment A to Document No. 32, be restricted at Level 2.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/*Timothy P. O'Hara*
       TIMOTHY P. O'HARA
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado 80202
       Telephone: (303) 294-7002
       FAX: (303) 294-1192
       Email: Timothy_OHara@fd.org
       Attorney for Defendant

*I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.*

## CERTIFICATE OF SERVICE

       I hereby certify that on January 14, 2022, I electronically filed the foregoing **_Motion To Restrict Access_** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Andrea Surratt
    Assistant U.S. Attorney
    Email:  Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Blair Bryant (U.S. Mail)

                                           s/_Timothy P. O'Hara_
                                           TIMOTHY P. O'HARA
                                           Assistant Federal Public Defender
                                           633 Seventeenth Street, Suite 1000
                                           Denver, Colorado  80202
                                           Telephone:  (303) 294-7002
                                           FAX:  (303) 294-1192
                                           Email:  Timothy.OHara@fd.org
                                           Attorney for Defendant