IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00112-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**BLAIR BRYANT,**

       **Defendant.**

---

**ATTACHMENT A TO STATEMENT REGARDING DETENTION (DOC. #32)**

---

MR. BLAIR BRYANT, by and through undersigned counsel, Assistant Federal Public Defender Timothy P. O'Hara, hereby files Attachment A to his Statement Regarding Detention (Doc. #32).

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/*Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  Timothy_OHara@fd.org
    Attorney for Defendant


*I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.*

# CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, I electronically filed the foregoing *Attachment A to Statement Regarding Detention (Doc. #32)* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Andrea Surratt, Assistant U.S. Attorney
    Email:  Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Blair Bryant (U.S. Mail)

    s/*Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  Timothy.OHara@fd.org
    Attorney for Defendant