IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00112-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**BLAIR BRYANT,**

       **Defendant.**

**UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING**

MR. BLAIR BRYANT, by and through his attorney, Timothy P. O'Hara, moves to continue the Sentencing Hearing, currently set on April 13, 2022, at 2:30 p.m. for a period of approximately 90 days. The government does not oppose the present motion.

1) On January 6, 2022, Mr. Bryant appeared before the Court and pled guilty to the four counts in the Indictment [Doc. 1]. *See* Doc. 35. At that time, undersigned counsel made a motion for Mr. Bryant to remain on bond until sentencing. The Court granted the defendant's motion and allowed Mr. Bryant to remain out of custody. *See id.*

2) Mr. Bryant remains in compliance with the terms of his release. *See* Doc. 41 at ¶4.

3) As discussed at the Change of Plea Hearing, Mr. Bryant still receives a monitored dosage of methadone, a medication used to treat opioid use disorder. Since the Change of Plea Hearing, Mr. Bryant's dosage has decreased from 180 mg per day to 120 mg per day. His substance abuse

counselor has indicated that Mr. Bryant's dosage could be reduced in the next three months to a level where the medication is no longer necessary.[1]

4) As a result, undersigned counsel requests that the Sentencing Hearing be continued for approximately 90 days.

5) Undersigned counsel informed government counsel of the present motion and she does not object to continuing the Sentencing Hearing.

6) This is the first request to continue the Sentencing Hearing.

WHEREFORE, undersigned counsel requests that the Court continue the Sentencing Hearing for a period of approximately 90 days.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ *Timothy P. O'Hara*
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  Timothy_OHara@fd.org
Attorney for Defendant

*I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.*

---

[1] This will be monitored so that Mr. Bryant does not experience significant withdrawal symptoms, which occurs when the medication is ceased suddenly.  Should additional time be required, undersigned counsel will inform the Court and government counsel.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2022, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

 Andrea Surratt
 Assistant U.S. Attorney
 Email:  Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

 Blair Bryant   (U.S. Mail)

            s/ *Timothy P. O'Hara*
            TIMOTHY P. O'HARA
            Assistant Federal Public Defender
            633 Seventeenth Street, Suite 1000
            Denver, Colorado  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            Email:  Timothy_OHara@fd.org
            Attorney for Defendant