


# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/02/2021 16:24 EST Page 7 of 10



The following items were located "downstairs" in the residence:

- Gallon "TRANSCHEM" muriatic acid (full)
- Red pot with chrome stir top
- Small clear glass container with blue top ½ full. Bi-layer clear liquid. (Exhibit 2)
- Small glass jar with sealed lid containing residue. (Exhibit 3)
- Dixie cup 1/3 full with opaque liquid.
- Dixie cup ¼ full with dark liquid.
- 1 bag (sealed) containing brown substance marked as 1000 grams of Mimosa Tenuiflora. (Exhibit 1)
- 2 full 2-pound containers of Red Hot Devil Lye.
- One 50% full 2-pound container of Red Hot Devil Lye.

The following items were located "upstairs" in the residence:

- Rotovap with accessories.
- 2 plastic containers 7 inches tall 1/3 full of dark liquid. (Exhibit 10)
- 1 chemical glassware stand.
- 1 black computer laptop with charger (HSI)
- 1 heating mantle.
- 1 HTH SPP 2.5 lb non-chlorine shock oxidizer (full)
- Glass bottle with cork ¼ full clear liquid. Marked TCE- Tetrachloroethylene
- 1 glass separatory funnel.

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| BRYANT, Blair, et al | | 3/2/2021 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

 

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/02/2021 16:24 EST                                                                                                              Page 8 of 10

- 1 SWAN 32-ounce Hydrogen Peroxide (full).
- 1 Spray bottle 20 FL OZ ½ full with unknown yellow liquid (Exhibit 11).
- One 250ML beaker with cap 100ML full unknown brown liquid (Exhibit 5).
- 2 medium sized clear plastic bottles with blue cap full bi-layer liquid (Exhibit 6 and 6a).
- 3.5 gram (1/2 full) white plastic container marked "Acetylsalicylic Acid".
- 125 mm glass container with powder residue (Exhibit 12).
- 1 small glass container with white crystalline powder (Exhibit 4).
- 2 notebooks.
- 1 1000 ml "Carter Science" beaker with residue.
- Brown bottle marked "HBPO2" ¼ full.
- 3 brown bottles (1 full, 2 partial) unknown liquid.
- 1 white plastic bottle with blue cap marked "Hexamine".
- 1-gallon container "TORCO" Nitromethane full with silver tape top.
- 1 brown bottle 32 ounces 1/3 full of unknown clear substance (Exhibit 8).
- 1 clear bag containing 1-pound bag with marks "Basic Copper Nitrate".
- One 16-ounce brown bottle labeled "ammonium hydroxide".
- One 4-ounce bottle (full) marked "Nickel Acetate Tetrahydrate".
- One 4-ounce bottle (1/2 full) marked "Zinc Sulfate".
- 1 plastic bag (inside plastic bag) marked "Potassium bicarbonate".
- 1 FedEx package containing sealed plastic bag marked "Sodium Dichromate".  Orange Powder.
- 1 plastic jar containing 2 plastic jars containing white granular beads marked "Tannerite".
- 48.2-ounce white plastic container (1/2 full) containing white granular beads.
- 1 large white plastic bottle with black cap.  $1/8^{th}$ full of white granular beads.
- 1 plastic bag containing multiple smaller bags containing white granular beads.
- 1 empty 8-ounce plastic bottle marked "Sassafras essential oil" (brown bottle).
- 1 plastic bag containing red vacuum sealed bag marked "Eckart aluminum powder 85 grams x 3".
- 1 1500 ML glass jar (1/2 full) white powder labeled "lye".
- 1 50 ML glass beaker labeled "LN 20 C" (empty).
- 1 metal can 1/3 full "Dichloromethane".
- 1-quart container ½ full of denatured alcohol.
- 1-gallon container ½ full of denatured alcohol.
- 1 vacuum diaphragm vacuum pump.
- Copper/plastic tubing, electric cables.
- 3 plastic funnels.
- 1 separatory funnel.
- 4 pumps with assorted tubing.
- 1 clear bottle (square) with cork 1/3 full of clear liquid. (Exhibit 9)
- 1 "Wheaton" overhead stirrer with white ceramic funnel/filter.
- One 5000 ML beaker.
- One 10 ML brown glass bottle full.  Mandelin reagent.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| BRYANT, Blair, et al | ██████████████ | 3/2/2021 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

 

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

03/02/2021 16:24 EST                                                                                              Page 9 of 10

- One 10 ML brown glass bottle Marquis Reagent.
- One 10 ML brown glass bottle Mecke Reagent.
- 1 plastic container PH test strip.
- 2 small plastic containers containing brown granular substance. (Exhibit 7)
- Assorted glassware.
- Storage media devices (HSI).
- 6 cell phones (HSI).
- 2 Notebooks.
- Small clear plastic bag marked "MoAF" containing unknown rock like substance.
- Small clear plastic bag marked "EDEPn" containing unknown off-white rock like substance.
- Small clear plastic bag marked "Hexen" containing white residue.
- 1 small vial marked "testosterone" 1/3 full clear liquid. (Exhibit 13 Storage)
- 2 small vials marked Naloxone HCL containing a clear liquid. (Exhibit 13 Storage)
- 1 vial containing residue FTP Cocaine. (Exhibit 13 Storage)
- 1 small clear plastic bag containing blue pills. (Exhibit 13 Storage)
- 1 small clear plastic bag containing unknown white crystalline substance. (Exhibit 13 Storage)
- 1 small clear bag containing blotter paper. (Exhibit 13 Storage)
- 1 small clear bag containing white residue. (Exhibit 13 Storage)
- 5 latent print cards. (Exhibit N-1).



| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| BRYANT, Blair, et al | | 3/2/2021 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.