

**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

# Chemical Analysis Report

Denver Division Office
12154 East Easter Avenue
Centennial, CO 80112

**Case Number:** MK-21-0047
**LIMS Number:** 2021-SFL7-01062

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 5 | Methamphetamine | 19.925 g ± 0.003 g | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Total volume = 19.9 mL (net); 6.6 mL (reserve).

## Exhibit Details:

**Date Accepted by Laboratory:** 03/03/2021    **Gross Weight:** 101.0 g    **Date Received by Examiner:** 06/07/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 5 | 1 | Glass Bottle | Liquid | 6.672 g |

**Remarks:**

## Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Methamphetamine confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 5 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, pDMAB Color Test |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/  Gustavo A. Avila, Forensic Chemist                **Date:** 06/10/2021
**Approved By:** /S/  Jason J. Henninger, Senior Forensic Chemist        **Date:** 06/11/2021