# Office Of The District Attorney
## Eighteenth Judicial District

| | | | |
|---|---|---|---|
| **REPORT DATE:** | 07/07/22 | **INVEST CASE #:** | NA |
| **REPORT BY:** | Supervisory Inv. Joseph Hartley | **COURT CASE#:** | |
| **DEFENDANT(S):** | BRYANT, Blair | **REPORT #: 1** | |

## SOURCE OF ACTIVITY / BACKGROUND:

On July 7, 2022, Supervisory Investigator (SI) Joseph Hartley was asked by AUSA Andrea Surratt if he could render an opinion based on his past classification as an expert in Narcotics Investigations, reference the amount of methamphetamine BRYANT had in his possession related to his case.   SI Hartley reviewed the amount of methamphetamine BRYANT had in his possession and the following is, in part, SI Hartley's observations:

A total of 19.925g net weight positive liquid methamphetamine was recovered as a result of the search warrant on BRYANT's residence.

DEA Forensic Chemist Gustavo Avila tested the methamphetamine in this case on June 10, 2021.  The results are as follows:

- Analysis using Gas Chromatography, Gas Chromatorgraphy/Mass Spectrometry, pDMAB Color Tests on the material in Exhibit 5 determined the substance to be methamphetamine.  The methamphetamine was in liquid form.

Based on SI Hartley's training and experience, people possessing bulk amounts of liquid methamphetamine are doing so for two reasons.  One being an easier transportation method from the manufacturing point to the distribution location.  Once at the distribution location, the liquid is converted to a solid for distribution.  The other primary reason for someone possessing liquid methamphetamine would be as part of the actual methamphetamine manufacturing process. Having said this, there is a point during the manufacturing process that the methamphetamine needs to be converted to a solid for later use.

Specifically referencing the liquid methamphetamine located at BRYANT's residence, it would need to be converted to a solid prior to use.  Based on SI Hartley's training and experience, a person possessing substantial amounts of liquid methamphetamine is not possessing it for personal use.  This is due to the fact that a person cannot readily use the product in a liquid form. Based on SI Hartley's training and experience, he believes the total weight of 19.925 grams of methamphetamine, is above any amount for personal use.

Based on SI Hartley's training and experience, he knows that methamphetamine is currently being sold at $30.00 to $100.00 per gram in the Denver Metro area.  Based on the street level $60.00 per gram price, investigators located approximately $1,195.00 worth of methamphetamine.

2021-00012

Joseph Ryan Hartley, Affiant

Supervisory Investigator

Completed and submitted on:      07/07/2022

# Office Of The District Attorney
# Eighteenth Judicial District

### Supervisory Investigator Joseph Ryan Hartley

**Employment/Education:**

| | |
|---|---|
| 02/2022- Present | Supervisory Criminal Investigator, 18th Judicial District Attorney's Office |
| 08/2020- 4/2022 | University of the Cumberlands, Master of Science in Justice Administration |
| 10/2017- 02/2022 | Task Force Officer, Drug Enforcement Administration<br>Denver Field Division, Front Range HIDTA Task Force<br>Criminal Investigator, 18th Judicial District Attorney's Office |
| 11/2015- 02/2022 | Criminal Investigator, 18th Judicial District Attorney's Office |
| 09/2012- 11/2015 | Task Force Officer, Drug Enforcement Administration<br>Denver Field Division, Group 1<br>Detective, Parker Police Department<br>Promoted to Working out of Rank (Acting Sergeant) |
| 09/2010- 09/2012 | Agent, South Metro Drug Task Force<br>Detective, Parker Police Department |
| 03/2007- 10/2010 | Detective, Douglas County Pattern Crimes Unit<br>Detective, Parker Police Department |
| 12/2004- 3/2007 | Patrol Officer, Parker Police Department |
| 7/2004- 12/2004 | Police Cadet, Colorado Police Corps Police Academy<br>Camp George West Golden, CO |
| 8/1999- 5/2003 | Metropolitan State University of Denver Bachelor of Science Degree in Criminal Justice |

**Training/Education:**

- 7/2004    Colorado Police Corps Police Academy (26 week training academy)

- 2004- Present  Thousands of hours of various Patrol, Investigations, Narcotics, etc., training.

- 6/2006          Pressure Point Control Tactics Instructor Course (40 hours) PPCT

- 8/2006          Police Training Officer (PTO) Course (30 hours) Parker Police Department

- 9/2006          Krav Maga Law Enforcement Instructor (40 hours)

- 3/2007          Warrior Science Seminar (10 hours)

- 5/2007          Street Crimes Seminar- Street level narcotics, prostitution, drug interdiction (24 hours)

- 9/2007          18th Judicial District New Investigator Academy (20 hours)

- 9/2007          The Reid Technique of Interviewing and Interrogation (30 hours)

- 9/2007          Advanced Course on Reid Technique of Interviewing and Interrogation (10 hours)

- 3/2008          Krav Maga Law Enforcement Instructor Course Series I & IV (40 hours)

- 3/2008          Selection to DCSO SWAT Team

- 4/2008          Denver Gang Summit (16 hours)

- 5/2008          Counterterrorism: JTTF Regional Training Course (20 hours) JTTF

- 6/2008          SWAT Operators Immersion Course (80 hours) SOIC

- 4/2009          Denver Gang Summit (16 hours)

- 5/2009          Advanced Gang Investigations- RICO & COCCA cases, DTOs (24 hours) BJA

- 4/2010          Denver Gang Summit (16 hours)

- 8/2010          UC/CI Buy Busts and Rescues Training (20 hours) Aurora PD SWAT

- 10/2010        Drug Endangered Children Conference (15 hours) DEC

- 3/2011          Basic Drug Investigator Course (80 hours) Drug Enforcement Administration and Rocky Mountain High Intensity Drug Trafficking Area

- 3/2011          Colorado Organized Crime Control Act Training COCCA (10 hours) 18th Judicial District Attorney's Office.

- 5/2011          Clandestine Lab Safety Certification (40 hours) RMHIDTA

- 7/2011          UC/CI Buy Busts & Rescues Training (10 hours) Aurora PD SWAT

- 9/2011          Colorado Drug Investigators Training Summit (20 hours) CDIA

- 9/2011          Financial Investigations, (8 hours) CDIA

- 10/2011         Tactical Training Symposium (30 hours) TacDogs

- 3/2008-2016     DCSO SWAT Training as an operator (800 + training hours)

- 4/2012          Marijuana Eradication (32 hours) RMHIDTA

- 8/2012          Clandestine Lab Safety Re-certification (8 hours) RMHIDTA

- 9/2012          Colorado Drug Investigators Training Summit (24 hours) CDIA

- 10/2012         DEA Tactical Building Entry training (8 hours)

- 11/2012         Law Enforcement Ethics, Parker Police Department (8 hours)

- 11/2012         Advanced Supervision and Management, (16 hours) Thomas & Means Law Firm

- 2012            Selected to a Working Out of Rank position (acting Sergeant) by Parker Police Department

- 1/2013          Task Force Officer Orientation, (40 hours) Drug Enforcement Administration

- 6/2013          Fulcrum Concepts Advanced SWAT Course, (40 hours) Fulcrum Staff

- 8/2013          South Area Commanders Advanced SWAT School, (40 hours) South Area SWAT Instructors

- 9/2013          Colorado Drug Investigators Training Summit (24 hours) CDIA

- 2/2014      Clandestine Laboratory Site Safety Officer, (32 hours) Drug Enforcement Administration

- 5/2014      Clandestine Laboratory Instructor, (40 hours) Rocky Mountain HIDTA

- 9/2014      Colorado Drug Investigators Training Summit (24 hours) CDIA

- 9/2015      Colorado Drug Investigators Training Summit (24 hours) CDIA

- 4/2016      Clandestine Laboratory Instructor refresher, (16 hours) Rocky Mountain HIDTA

- 8/2016      Marijuana 101 Train the Trainer (16 hours) Colorado POST and Attorney General's Office

- 9/2016      Colorado Drug Investigators Training Summit (24 hours) CDIA

- 9/2016      Colorado District Attorney's Council (24 hours) CDAC

- 1/2017      Clandestine Laboratory Level A certification, (24 hours) DEA

- 8/2017      Utah Narcotics Officer Officers Association Conference (24 hours) RMHIDTA

- 9/2017      Colorado Drug Investigators Training Summit (24 hours) CDIA

- 9/2017      Colorado District Attorney's Council (24 hours) CDAC

- 9/2018      Colorado Drug Investigators Training Summit (24 hours) CDIA

- 9/2018      Colorado District Attorney's Council (24 hours) CDAC

- 11/2018      California Narcotics Officers Association Conference (24 hours)

- 03/2019      Montana Narcotics Officers Association Conference (16 hours)

- 06/2019      Nevada Narcotics Officer Association Conference (24 hours)

- 08/2019          Level A Clan Lab Recertification (8 hours)

- 08/2019          USAO Financial Investigation training (4 hours)

- 9/2019            Colorado Drug Investigators Training Summit (24 hours) CDIA

- 9/2019            Colorado District Attorney's Council (24 hours) CDAC

- 12/2019          RMS Training the Trainer (12 hours)

- 6/2020            Advanced Clandestine Laboratory Decontamination (Salt Lake 8 hours)

- 04/30/2021      Tactical Clandestine Laboratory Firearms training (Highlands Ranch, CO) 8 hours

- 07/15-16/2021 Use of Force and OIS training (DEA) 6 hours

- 9/2021            Colorado District Attorney's Council (24 hours) CDAC

- 10/14/21        Police One Academy- Attended Webinar: Advancing your rank: Promotional interview and assessment center testing tips.  1.5 hours.

- 11/19-23/21    California Narcotics Officers Association Conference. 12 hours

- 1/18/22          Criminal Intelligence Systems Operating Policies (2 hours) BJA

- 06/21-23/22    National Force Science Conference (16 hours) Force Science

**Training Provided:**

- 2006-2014      Instructed fellow officers in Krav Maga and PPCT arrest control tactics (500+ hours)

- 2/2011            Basic Drug Identification Presentation to the Arapahoe County Sheriff's Office Public Safety Bureau (4 hours)

- 3/2011            Basic Drug Identification and Symptoms to the Parker Police Department Citizen's Academy (4 hours)

- 4/2011          Basic Drug Identification Presentation to the Arapahoe County Sheriff's Office Detentions Bureau (4 hours)

- 5/2011          Basic Drug Identification Presentation to the Douglas County Sheriff's Office Community Service Volunteers (2 hours)

- 8/2011          Active Shooter Presentation to the Douglas County Sheriff's Office and Parker Police Department Patrol Divisions with DCSO SWAT team (10 hours)

- 2/2012          Basic Drug Identification Presentation to Denver Metro Area Tax Collectors (4 hours)

- 3/2012          Basic Drug Identification and Symptoms to the Parker Police Department Citizen's Academy (4 hours)

- 3/2012          Instructor at DCSO Basic SWAT School (40 hours various classes)

- 5/2012          Active Killer Presentation to the Douglas County Sheriff's Office, Parker Police Department, and Colorado State Patrol with DCSO SWAT team (10 hours)

- 8/2012          Active Killer Presentation to the Douglas County Sheriff's Office, Parker Police Department, and Colorado State Patrol with DCSO SWAT team (10 hours)

- 8/2012          Krav Maga Mini Skills to new Parker Police Department officers (20 hours)

- 8/2012          Tactical Narcotics Operations, Instructor- South Metro Drug Task Force (8 hours)

- 10/2012          Tactical Building Entry, Instructor- Drug Enforcement Administration (8 hours)

- 2012-2016          South Area Basic SWAT School Instructor, Dynamic Entries and Exterior Operations (50 hours)

- 1/2013          Drug Trends and Familiarization, Instructor, Parker Police Department Patrol Officers (4 hours)

- 2/2013          Exterior Counter Ambush, Instructor, Littleton PD SWAT Team members (10 hours)

- 6/2013          Warrant Service, UC/CI Rescue, and Vehicle Assaults, Instructor, DCSO SWAT Team (10 hours)

- 10/2013        Drug Trends and Familiarization, Instructor, Parker Police Department Patrol Officers (4 hours)

- 10/2013        Drug Trends and Familiarization, Instructor, Crisis Intervention Conference (4 hours)

- 2013            Selected as Team Leader for DCSO Regional SWAT Team.  In charge of organizing training and instructing various topics.

- 02/2014        Became Clandestine Laboratory Site Safety Officer Certified, Drug Enforcement Administration

- 04/2014        Physical and Vehicle Surveillance, Undercover Operations, and Operations Planning Instructor, Drug Enforcement Administration Basic Drug School (8 hours)

- 05/2014        Became Clandestine Laboratory Instructor, Rocky Mountain HIDTA

- 2014-2016     South Area Advanced SWAT School Instructor, Large Venues and Dynamic Entries (10 hours)

- 09/2014        Basic Clandestine Laboratory Instructor, Rocky Mountain HIDTA Parker, CO (40 hours)

- 11/2014        Physical and Vehicle Surveillance Instructor, Parker Police Department (10 hours)

- 04/2015        Physical and Vehicle Surveillance, Undercover Operations, and Operations Planning Instructor, Drug Enforcement Administration Basic Drug School (8 hours)

- 05/2015        Clandestine Laboratory Tactical Entries Instructor, Montana Tactical Officers Association Conference (Helena, MT) (24 hours)

- 05/2015        Basic Clandestine Laboratory Instructor, Rocky Mountain HIDTA Salt Lake City, UT (8 hours)

- 08/2015        Physical and Vehicle Surveillance, Undercover Operations, and Operations Planning Instructor, Drug Enforcement Administration Basic Drug School (Salt Lake City, UT) (8 hours)

- 08/2015        Physical and Vehicle Surveillance Instructor, Parker Police Department (10 hours)

- 09/2015        Basic Clandestine Laboratory Instructor, Rocky Mountain HIDTA Parker, CO (40 hours)

- 10/2015        POST- Highlands Ranch Law Enforcement Training Academy Instructor, Controlled Substances and Narcotics Identification (4 hours)

- 11/2015        POST- Highlands Ranch Law Enforcement Training Academy Instructor, SWAT Operations and Equipment (4 hours)

- 11/2015        POST- Highlands Ranch Law Enforcement Training Academy Instructor, Building Clearances and Room Clearing (8 hours)

- 03/2016        POST- Highlands Ranch Law Enforcement Training Academy Instructor, Controlled Substances and Narcotics Identification (4 hours)

- 03/2016        Clandestine Laboratory Refresher Course Instructor, Montana Narcotics Association Conference (8 hours)

- 04/2016        Physical and Vehicle Surveillance, Undercover Operations, and Operations Planning Instructor, Drug Enforcement Administration Basic Drug School (8 hours)

- 04/2016        Clandestine Lab Awareness, Drug Enforcement Administration Basic Drug School (40 hours)

- 07/2016        Physical and Vehicle Surveillance, Undercover Operations, and Operations Planning Instructor, Drug Enforcement Administration Basic Drug School (Utah) (8 hours)

- 07/2016        Clandestine Lab Awareness, Drug Enforcement Administration Basic Drug School (Utah) (4 hours)

- 08/2016        Clandestine Lab Recertification, Utah POST (8 hours)

- 09/2016        Clandestine Lab Recertification, RMHITDA (8 hours)

- 09/2016        POST- Highlands Ranch Law Enforcement Training Academy Instructor, Controlled Substances and Narcotics Identification.  Included new POST required Marijuana 101 (8 hours)

- 10/2016      Basic Clandestine Laboratory Instructor, Rocky Mountain HIDTA Colorado Springs, CO (8 hours)

- 11/2016      Clandestine Lab Recertification, RMHITDA (8 hours)

- 02/2017      Basic Clandestine Laboratory Instructor, Rocky Mountain HIDTA Colorado Springs, CO (40 hours)

- 02/2017      Clandestine Lab Recertification, RMHIDTA Bozeman, Montana (8 hours)

- 02/2017      POST- Highlands Ranch Law Enforcement Training Academy Instructor, Controlled Substances and Narcotics Identification.  Included new POST required Marijuana 101 (4 hours)

- 04/2017      Physical and Vehicle Surveillance, Undercover Operations, Operations Planning, Clan Lab Overview Instructor, Drug Enforcement Administration Basic Drug School (Utah) (8 hours)

- 05/2017      Major Case Investigations Instructor- RMHIDTA (16 hours)

- 05/2017      Basic Clandestine Laboratory Instructor, RMHIDTA Colorado Springs, CO (40 hours)

- 05/2017      Clandestine Lab Recertification, RMHIDTA Sandy, Utah (8 hours)

- 07/2017      Physical and Vehicle Surveillance, Undercover Operations, Operations Planning, Clan Lab Overview Instructor, Drug Enforcement Administration Basic Drug School (Utah) (8 hours)

- 08/2017      Clandestine Lab Recertification, RMHIDTA Mesquite, NV (8 hours)

- 09/2017      POST- Highlands Ranch Law Enforcement Training Academy Instructor, Controlled Substances and Narcotics Identification.  Included new POST required Marijuana 101 (4 hours)

- 09/2017        Clandestine Lab Recertification, RMHIDTA Golden, CO (8 hours)

- 10/2017        Basic Clandestine Laboratory Instructor, RMHIDTA Colorado Springs, CO (40 hours)

- 10/2017        Advanced Title III Investigations, RMHIDTA Denver, CO (16 hours)

- 01/2018        Basic Clandestine Laboratory Instructor, RMHIDTA Colorado Springs, CO (40 hours)

- 02/2018        Clandestine Lab Recertification, RMHIDTA Bozeman, Montana (8 hours)

- 03/2018        POST- Highlands Ranch Law Enforcement Training Academy Instructor, Controlled Substances and Narcotics Identification.  Case Law updates. Included new POST required Marijuana 101 (8 hours)

- 04/2018        Physical and Vehicle Surveillance, Undercover Operations, Operations Planning, Clan Lab Overview Instructor, Drug Enforcement Administration Basic Drug School (Utah) (8 hours)

- 05/2018        Methamphetamine Manufacturing and Re-vamp (Cheyenne, WY) (16 hours)

- 05/2018        Electronic Investigations and Major Case Presentations- RMHIDTA (Denver DEA) (16 hours)

- 06/2018        Basic Clandestine Laboratory Identification for Patrol/Investigations- Kalispell, Montana (8 hours)

- 08/2018        Physical and Vehicle Surveillance, Undercover Operations, Operations Planning, Clan Lab Overview Instructor, Drug Enforcement Administration Basic Drug School (Colorado) (8 hours)

- 09/2018     POST- Highlands Ranch Law Enforcement Training Academy Instructor, Controlled Substances and Narcotics Identification.  Case Law updates. Included new POST required Marijuana 101 (4 hours)

- 10/2018     Basic Clandestine Laboratory Instructor, RMHIDTA Colorado Springs, CO (40 hours)

- 10/2018     Clandestine Lab Recertification, RMHIDTA (8 hours)

- 02/2019     Tactical Clan Lab Overview- RMHIDTA (8 hours)

- 03/2019     Clandestine Lab Recertification and Major Drug Investigations, RMHIDTA Bozeman, Montana (16 hours)

- 03/2019     Basic Clandestine Laboratory Instructor, RMHIDTA Colorado Springs, CO (40 hours)

- 05/2019     Physical and Vehicle Surveillance, Undercover Operations, Operations Planning, Clan Lab Overview Instructor, Drug Enforcement Administration Basic Drug School (Utah) (8 hours)

- 06/2019     POST- Highlands Ranch Law Enforcement Training Academy Instructor, Controlled Substances and Narcotics Identification.  Case Law updates. Included new POST required Marijuana 101 (4 hours)

- 07/2019     Major Drug Investigations, RMHIDTA Kalispell, MT (16 hours)

- 08/2018     Physical and Vehicle Surveillance, Undercover Operations, Operations Planning, Clan Lab Overview Instructor, Drug Enforcement Administration Basic Drug School (Colorado) (8 hours)

- 10/2019     Basic Clandestine Laboratory Instructor, RMHIDTA Colorado Springs, CO (40 hours)

- 11/2019     POST- Highlands Ranch Law Enforcement Training Academy Instructor, Controlled Substances and Narcotics Identification.  Case Law updates. Included new POST required Marijuana 101 (4 hours)

- 02/2020        POST- Highlands Ranch Law Enforcement Training Academy Instructor, Controlled Substances and Narcotics Identification.  (4 hours)

- 03/2020        POST- Highlands Ranch Law Enforcement Training Academy Instructor, Controlled Substances and Narcotics Identification.  Included new POST required Marijuana 101 (4 hours)

- 3/2020 Basic Clandestine Laboratory Instructor, RMHIDTA Colorado Springs, CO (40 hours)

- 05/2020        Electronic Investigations and Major Case Presentations- RMHIDTA (Denver DEA) (16 hours)

- 08/25/2020     Fentanyl Case Presentation and Decontamination Overview (WMD Group)- Denver DEA (2 hours)

- 10/2020 Basic Clandestine Laboratory Instructor, RMHIDTA Colorado Springs, CO (40 hours)

- 01/27/2021     Clandestine Lab Recertification- RMHIDTA (8 hours)

- 03/08-12/2021 Basic Clandestine Laboratory Instructor, RMHIDTA Colorado Springs, CO (40 hours)

- 03/24/2021     Physical and Vehicle Surveillance, Undercover Operations, Operations Planning, Clan Lab Overview Instructor, Drug Enforcement Administration Basic Drug School (Salt Lake City) (8 hours)

- 05/10/2021     POST- Highlands Ranch Law Enforcement Training Academy Instructor, Controlled Substances and Narcotics Identification.  Included new POST required Marijuana 101 (4 hours)

- 05/11/2021     Clandestine Lab Recertification- RMHIDTA (8 hours)

- 06/11/2021     Electronic Investigations and Major Case Presentations- RMHIDTA (Denver DEA) (8 hours)

- 08/24/2021     Clandestine Lab Recertification- RMHIDTA (8 hours)

- 10/20/2021     Clandestine Lab Recertification- RMHIDTA (8 hours)

- 10/25-29/2021 Basic Clandestine Laboratory Instructor, RMHIDTA Colorado Springs, CO (40 hours)

- 11/17/2021     DCSO SWAT Tactical Clandestine Laboratory Operations, RMHIDTA, Castle Rock, CO (8 hours)

- 12/01/2021     POST- Highlands Ranch Law Enforcement Training Academy Instructor, Controlled Substances and Narcotics Identification.  Included new POST required Marijuana 101 (4 hours)

- 01/26/2022     Clandestine Lab Recertification- RMHIDTA (8 hours)

- 03/21-25/2022 Basic Clandestine Laboratory Instructor, RMHIDTA Colorado Springs, CO (40 hours)

- 04/12/22        Narcotics Investigations and Expert Witness Considerations, 18th Judicial DA's Office (2 hours)

- 04/28-29/2022 Electronic Investigations and Major Case Presentations- RMHIDTA (Denver DEA) (4 hours)

- 06/01/2022     POST- Highlands Ranch Law Enforcement Training Academy Instructor, Controlled Substances and Narcotics Identification.  Included new POST required Marijuana 101 (4 hours)

**Professional Organizations**

Colorado Drug Investigators Association

California Narcotics Officers Association

National Clandestine Laboratory Investigators Association

Colorado District Attorney's Investigators Association

## Prior Undercover Buy Operations:

150+    Undercover operations participated in various capacities.
300+    Lead investigator/case agent Vice & Narcotics cases.
450+    Surveillance of undercover and confidential source purchases.

## Methamphetamine and Other Clandestine Laboratories:

50+ clandestine laboratories dismantled
500+ hours dismantling clandestine laboratories.
One of five Instructors for Rocky Mountain High Intensity Drug Trafficking Area (RMHIDTA) that teaches Basic Clan Lab Processing and Recertification's in the region.

## Marijuana and Psilocybin Grows:

200+ Marijuana and Psilocybin grows processed.
1000+ hours processing/dismantling marijuana and psilocybin grows.

## Prior Testimony:

70+ times, to include, Municipal Court, District Court, County Court, Colorado Grand Jury, and Federal Grand Jury.

## EXPERT WITNESS TESTIMONY:

| DATE | COURT | JUDGE | DISCIPLINE |
|---|---|---|---|
| 2012 | Denver Grand Jury | NA | Narcotics Investigations |
| 2014 | Colorado Federal GJ | NA | Narcotics Investigations |
| 03/17/2016 | Douglas County GJ | NA | Narcotics Investigations |
| 04/21/2016 | 18th Judicial Grand Jury | NA | Narcotics Investigations |
| 08/17/2016 | Arapahoe District Court | Herron | Narcotics Investigations |
| 11/17/2016 | 18th Judicial Grand Jury | NA | Narcotics Investigations |
| 03/09/2017 | 18th Judicial Grand Jury | NA | Narcotics Investigations |
| 05/04/2017 | 18th Judicial Grand Jury | NA | Narcotics Investigations |
| 05/10/2017 | Arapahoe District Court | Herron | Narcotics Investigations |
| 06/01/2017 | 18th Judicial Grand Jury | NA | Narcotics Investigations |
| 01/04/2018 | 18th Judicial Grand Jury | NA | Narcotics Investigations |
| 02/21/2018 | Arapahoe District Court | Baum | Narcotics Investigations |
| 04/11/2018 | Arapahoe District Court | Herron | Narcotics Investigations |
| 03/12/2019 | Arapahoe District Court | Herron | Narcotics Investigations |
| 11/06/2019 | Arapahoe District Court | Vahle | Narcotics Investigations |
| 01/14/2020 | Arapahoe District Court | Vahle | Narcotics Investigations |
| 11/05/2020 | 18th Judicial Grand Jury | NA | Narcotics Investigations |

## MEMBER OF THE 18TH JUDICIAL CRITICAL INCIDENT RESPONSE TEAM

During my time on the 18th Judicial CIRT, I have primarily been assigned to interviewing witness officers and officers involved in the critical incident.  The primary role of the CIRT is to investigate if the use of force was justified.  Since becoming a member of the CIRT, I have responded to dozens of critical incidents, and generally have an active role.  This has primarily been due to my ability to conduct unbiased interviews during a very stressful time in the lives of all parties involved.  It is the decision of the CIRT leadership to select investigators for this responsibility and I am routinely selected for this role.

## Experience Statement

I am a Supervisory Criminal Investigator with the 18th Judicial District Attorney's Office and am currently responsible for supervising numerous criminal investigators within the office and investigating various crimes from jurisdictions covered by the 18th Judicial District. I began my law enforcement career in July of 2004 and attended the Colorado Police Corps Police Academy for 26 weeks in Golden, CO.  I received my Police Officer's Standards Training (POST) and certifications in December of 2004. I became employed with the Parker Police Department as a level one Peace Officer in December of 2004.  I was assigned to the Patrol Division from 2004 to 2007 where I handled a variety of calls for service to include narcotics investigations and arrests.  While assigned as a Patrol Officer I received specific training in general Drug Identification.  I also received training in NIK reagent field testing systems used to presumptively identify illegal drugs.  In 2007 I was selected to be a member of the Douglas County Pattern Crimes Unit.  I was responsible for identifying large scale issues and groups within the County to include robberies, burglaries, auto thefts, motor vehicle break-ins and drug rings.  I was assigned to the South Metro Drug

Task Force from 2010 to 2012. During that time, I worked exclusively on narcotics investigations and I have experience conducting drug related investigations, controlled purchases, undercover purchases, search warrants, seizures, and informant management.  I have worked long term cases with multiple suspects and networks involved in the wholesale and street level distribution of illegal drugs.  I also became Clandestine Laboratory certified, which included the evidence processing of clandestine labs.  In September 2012, I was assigned to the Drug Enforcement Administration, Denver Field Division, Group 1 as a Task Force Officer.  In November 2015, I started with the 18th Judicial District Attorney's Office as a criminal investigator and work on narcotics investigations, as well as other assigned cases involving other crimes.  In October 2017, I was assigned to the Drug Enforcement Administration, Denver Field Division, Front Range HIDTA Task Force, as a Task Force Officer.  Over my career in law enforcement, I have investigated or been a part of over 450 narcotics investigations.  In February 2022, I was promoted to Supervisory Investigator and have transferred out of the DEA to fulfill my new role.  My current role involves supervising 7 or more criminal investigators, including the criminal investigator currently assigned to the Front Range Task Force as a Task Force Officer.

I have experience in the investigation of violations of both state and federal narcotics laws.  I have conducted and participated in investigations resulting in the arrests and convictions of drug distributors, and the seizure of quantities of controlled substances and drug proceeds.  I have received extensive training in drug identification, drug distribution methods, and drug enforcement techniques. I have been involved in numerous investigations of individuals who derive substantial income from unlawful activities, including the importation, manufacture, cultivation, distribution and sale of illegal controlled substances.

I am familiar with the habits and practices of persons engaged in violations of controlled substance laws and have over fourteen (14) years of experience in narcotics investigations.   I have actively participated in federal and state wiretap investigations, undercover drug purchases, search and seizure operations, surveillance, intelligence analysis, drug reversals, conspiracy investigations, arrests, interviews and interrogations, drug interdiction, eradication and clandestine laboratories.   Additionally, I have become familiar with practices used by traffickers involving the collection of money proceeds of narcotics trafficking and methods of money laundering used to conceal the nature of the proceeds, including the language and terms that are used to disguise the source and nature of the profits from their illegal narcotics dealing.

I have experience in the analysis of telephone billing records for telephones used by narcotics traffickers, and I have conducted numerous analyses of telephone billing records used by narcotics traffickers.   Consequently, I am familiar with the ways in which drug traffickers operate their illegal enterprise, including, but not limited to, their use of cellular telephones and their use of numerical codes and code words to conduct their transactions.   I know that traffickers are more commonly using "smart phones" with features such as text messaging, encrypted text messaging such as Research In Motion (RIM)/Blackberry® PIN to PIN texting/messaging, emailing, and various "instant messaging" applications such as WhatsApp Messenger in order to facilitate their illegal activities. I know that drug trafficking is often furthered by utilizing multiple cellular phones, multiple insulated contacts, pre-paid cellular phones, and phones designated to be used only for "incoming" or "outgoing" calls, which is also known as compartmentalization.   The use of telephones in this manner is designed to help avoid detection and thwart law enforcement.

Based upon my training and experience in wire-intercept investigations, which includes, but is not limited to, courses in telecommunications interception and exploitation, and participating in numerous investigations involving wire intercepts, I know that narcotics traffickers often attempt to thwart law enforcement efforts by frequently changing and fictitiously registering vehicles, telephones, and utility services in order to conceal their true identity.  Again, all of these steps are designed to avoid detection and possible prosecution.

I have conducted investigations regarding the unlawful importation, possession, and distribution of narcotics, as well as related money laundering offenses involving the proceeds of specified unlawful activities and conspiracies associated with criminal narcotics, in violation of Colorado Revised Statues § 18-2-201, Conspiracy; Colorado Revised Statues § 18-18-405, Possession with Intent to Distribute and Distribution of a Controlled Substance; Colorado Revised Statues § 18-5-309,  Racketeering; Colorado Revised Statues § 18-2-101, Criminal Attempt; Colorado Revised Statues § 18-2-301, Criminal Solicitation.