IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-112-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BLAIR BRYANT,

    Defendant.

## GOVERNMENT'S UNOPPOSED MOTION TO RESTRICT

United States of America, by and through Assistant United States Attorney Andrea Surratt, respectfully moves to restrict at Level 2 the document at ECF #46, any order revealing the contents of these documents, and the brief filed in support of this motion at ECF #47, for the reasons stated in the brief filed in support of this motion.

Respectfully submitted this 7th day of July, 2022.

                                  COLE FINEGAN
                                United States Attorney

                        By: *s/   Andrea Surratt*
                                Andrea Surratt
                                Assistant United States Attorney
                                U.S. Attorney's Office
                                1801 California St., Suite 1600
                                Denver, CO 80202
                                Telephone: (303) 454-0100
                                e-mail:   Andrea.Surratt@usdoj.gov