IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00112-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**BLAIR BRYANT,**

       **Defendant.**

---

## UNOPPOSED MOTION TO RESTRICT ACCESS

---

MR. BLAIR BRYANT, by and through undersigned counsel, Assistant Federal Public Defender Timothy P. O'Hara, respectfully requests that Documents Nos. 49 and 50 be restricted at Level 2.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/*Timothy P. O'Hara*
       TIMOTHY P. O'HARA
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Email:  Timothy_OHara@fd.org
       Attorney for Defendant

*I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.*

## CERTIFICATE OF SERVICE

       I hereby certify that on July 7, 2022, I electronically filed the foregoing ***Unopposed Motion To Restrict Access*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Andrea Surratt
Assistant U.S. Attorney
Email:  Andrea.Surratt@usdoj.gov

                                              s/*Timothy P. O'Hara*
                                              TIMOTHY P. O'HARA
                                              Assistant Federal Public Defender
                                              633 Seventeenth Street, Suite 1000
                                              Denver, Colorado  80202
                                              Telephone:  (303) 294-7002
                                              FAX:  (303) 294-1192
                                              Email:  Timothy.OHara@fd.org
                                              Attorney for Defendant