# Case Details Report

**» I.A. Case #:   REDACTED / LIMS Case #:   2021-SFL7-01062**

**Investigating Agency:  Denver Division Office**

**# of I.A. Exhibits: 1**                                      **# of Lab Exhibits: 1**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 5 | 5 | 1 glass vial/bottle with a brown liquid. | SSEE (1831377) |

| **Gross Weight** | | Analyst: GAAVILA (2021.06.10) |
|---|---|---|
| **Equipment :  DEA 365204** | | |
| Gross Weight (Reported) | 100.5 g | |
| Gross Weight (Actual) | 101 g | |
| Gross Weight (delta) | 0.5 g | |
| Gross Weight (delta %) | 0.5 % | |
| Weight Discrepancy | No | |
| Remarks | No Remarks | |

| **Description of Evidence** | | Analyst: GAAVILA (2021.06.10) |
|---|---|---|
| Seals | Intact | |
| Date Opened | 2021-06-08 | |
| Description | 1 DEA SSEE containing 1 folded sheet of paper -with "ITEM 5" written in blue ink, and 1 opaque plastic bottle containing 1 blue screwcap glass vial/bottle with ~ 20-25 mL of a brown liquid. | |
| Consistent With Paperwork? | No | |
| Discrepancy Witness | TNTEADT | |
| Remarks | Obtained witness to account for approximate volume. | |

| **Description of Exhibit and Sampling** | | Analyst: GAAVILA (2021.06.10) |
|---|---|---|
| Number of Packages | 1 unit | |
| Number of Units | 1 unit | |
| Package Type | Glass Bottle | |
| Logo/Impression | No | |
| Gross Form | Liquid | |
| Dry/Moist | N/A | |
| Exemplar | No | |
| Required Number of Units to Test | 1 unit | |
| Number of Units Tested | 1 unit | |
| Sampling Procedure | A composite was formed by thoroughly mixing the entire contents and utilized for further analysis.  All tests performed on the composite.  Low level methamphetamine in sample - below 1% in sample matrix- will not perform quantitation as per policy. | |
| Deviation from Sampling Plan | No | |
| Remarks | No Remarks | |



DEFENDANT'S EXHIBIT A
United States v. Bryant
21-cr-00112-DDD

## » I.A. Case #:   REDACTED / LIMS Case #:   2021-SFL7-01062

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 5 | 5 | 1 glass vial/bottle with a brown liquid. | SSEE (1831377) |

**Net Weight**  
**Equipment :  DEA 365392**  
Analyst: GAAVILA (2021.06.10)

| | |
|---|---|
| Residue | No |
| Type of Weighing | Direct Volume Via Density |
| Net Weight | 19.925 g |
| Net Weight Uncertainty | 0.003 g |
| Total Volume (Direct) | 19.9 mL |
| Composite Density (Direct) | 1.0004 g/mL |
| Remarks | Utilized a new glass vial. |
| Use Legacy Calculator | No |

**Other Notes**  
Analyst: GAAVILA (2021.06.10)

| | |
|---|---|
| Other Notes | Observed sample under long range UV on Property number SFL7-223, slight muted flourescence observed. |

**pDMAB Color Test : Run # 1 - Set # 1 Blank**  
Analyst: GAAVILA (2021.06.10)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Result | Pass |
| Reagent ID | PDMAB-APR21 |
| Remarks | Results apply to 1 well of 1 tested. |

**pDMAB Color Test : Run # 1 - Set # 2 Composite**  
Analyst: GAAVILA (2021.06.10)

| | |
|---|---|
| Negative Control Run | No |
| Reagent ID | PDMAB-APR21 |
| Applicable Units | 1 unit of 1 tested |
| Color | No Color Change |
| Remarks | No Remarks |

**GC-MS Analysis : Run # 1 - Set # 1 Blank**  
**Equipment :  DEA 365277, DEA 365397**  
Analyst: GAAVILA (2021.06.10)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | Basified with sodium carbonate into MeCl2. |
| Remarks | Baseline checked. Suspected solvent artifacts observed. |

## I.A. Case #:   REDACTED / LIMS Case #:  2021-SFL7-01062

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 5 | 5 | 1 glass vial/bottle with a brown liquid. | SSEE (1831377) |

**GC-MS Analysis : Run # 1 - Set # 2 Composite**  Analyst: GAAVILA (2021.06.10)
**Equipment :  DEA 365277, DEA 365397**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Basified with sodium carbonate into MeCl2. |
| Retention Time Matching | No |
| Remarks | Prepared sample utilizing ~2 mL sample, basified, and extracted into 1 mL MeCl2. Suspected methamphetamine and other sample matrix artifacts.  Will prepare another sample for run 2. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Inconclusive | --- |

**GC-MS Analysis : Run # 2 - Set # 1 Blank**  Analyst: GAAVILA (2021.06.10)
**Equipment :  DEA 365277, DEA 365397**

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | Basified with Sodium bicarbonate into CHCl3. |
| Remarks | Baseline checked. |

**GC-MS Analysis : Run # 2 - Set # 2 Composite**  Analyst: GAAVILA (2021.06.10)
**Equipment :  DEA 365277, DEA 365397**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Basified with Sodium bicarbonate into CHCl3. |
| Retention Time Matching | No |
| Remarks | Utilized ~ 1.5 mL sample, basified, and extracted into 1 mL CHCl3. Suspected methamphetamine and potential reaction by-products. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Methamphetamine, Isomer & Salt Undetermined | Indicated |

**GC-MS Analysis : Run # 2 - Set # 3 Standard**  Analyst: GAAVILA (2021.06.10)
**Equipment :  DEA 365277, DEA 365397**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | N/A |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Methamphetamine, Isomer & Salt Undetermined | --- |

## » I.A. Case #:   REDACTED / LIMS Case #:  2021-SFL7-01062

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 5 | 5 | 1 glass vial/bottle with a brown liquid. | SSEE (1831377) |

### GC-MS Analysis : Run # 3 - Set # 1 Blank
**Equipment :  DEA 365277, DEA 365397**
Analyst: GAAVILA (2021.06.10)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | Basified with sodium bicarbonate into CHCl3. |
| Remarks | Baseline checked. Suspected solvent artifacts observed. |

### GC-MS Analysis : Run # 3 - Set # 2 Composite
**Equipment :  DEA 365277, DEA 365397**
Analyst: GAAVILA (2021.06.10)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Basified with sodium bicarbonate into CHCl3. |
| Retention Time Matching | No |
| Remarks | Utilized sample from run 2 set 2, and an additional 3 mL sample, basified, and extracted into CHCl3. All peaks analyzed. Suspected potential unknown reaction by-products. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Methamphetamine, Isomer & Salt Undetermined | --- |

### GC-MS Analysis : Run # 3 - Set # 3 Standard
**Equipment :  DEA 365277, DEA 365397**
Analyst: GAAVILA (2021.06.10)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | N/A |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Methamphetamine, Isomer & Salt Undetermined | --- |

### GC Analysis : Run # 1 - Set # 1 Blank
**Equipment :  DEA 365398**
Analyst: GAAVILA (2021.06.10)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | Basified with sodium bicarbonate into CHCl3. |
| Remarks | No Remarks |

» I.A. Case #:   REDACTED / LIMS Case #:  2021-SFL7-01062

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 5 | 5 | 1 glass vial/bottle with a brown liquid. | SSEE (1831377) |

## GC Analysis : Run # 1 - Set # 2 Composite
Equipment :  DEA 365398

Analyst: GAAVILA (2021.06.10)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Basified with sodium bicarbonate into CHCl3. |
| Remarks | Utilized ~5mL sample, basified, and extracted into 0.5 mL CHCl3. Unlabeled peaks suspected potential unknown reaction by-products. |

### Chromatographic Result

| Constituent | RT | Std RT | RT Match | Area | Comments |
|---|---|---|---|---|---|
| Methamphetamine | 0.746 | 0.742 | Y | 64.649 | --- |
| | 1.037 | 0.000 | N | 32.543 | --- |
| | 1.292 | 0.000 | N | 33.581 | --- |
| | 1.519 | 0.000 | N | 246.616 | --- |
| | 2.442 | 0.000 | N | 39.338 | --- |
| | 2.641 | 0.000 | N | 232.684 | --- |
| | 2.717 | 0.000 | N | 92.911 | --- |
| | 2.766 | 0.000 | N | 163.515 | --- |
| | 2.816 | 0.000 | N | 220.703 | --- |
| | 3.056 | 0.000 | N | 248.382 | --- |
| | 3.073 | 0.000 | N | 154.716 | --- |
| | 3.087 | 0.000 | N | 31.524 | --- |
| | 3.963 | 0.000 | N | 179.078 | --- |

## GC Analysis : Run # 1 - Set # 3 Standard
Equipment :  DEA 365398

Analyst: GAAVILA (2021.06.10)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | N/A |
| Remarks | No Remarks |

### Chromatographic Result

| Constituent | RT | Std RT | RT Match | Area | Comments |
|---|---|---|---|---|---|
| Dimethyl Sulfone | 0.484 | 0.000 | N | 48.892 | --- |
| Methamphetamine | 0.742 | 0.000 | N | 441.470 | --- |
| MDMA | 1.224 | 0.000 | N | 319.955 | --- |
| Caffeine | 1.640 | 0.000 | N | 261.093 | --- |
| PTHIT | 1.836 | 0.000 | N | 391.255 | --- |
| Cocaine | 2.091 | 0.000 | N | 401.235 | --- |
| Heroin | 2.537 | 0.000 | N | 386.596 | --- |
| Fentanyl | 2.627 | 0.000 | N | 19.797 | --- |
| Hydroxyzine | 2.816 | 0.000 | N | 20.980 | --- |
| Noscapine | 3.314 | 0.000 | N | 211.254 | --- |

## » I.A. Case #:   REDACTED / LIMS Case #:  2021-SFL7-01062

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 5 | 5 | 1 glass vial/bottle with a brown liquid. | SSEE (1831377) |

### Reserve Weight
**Equipment : DEA 365392**  Analyst: GAAVILA (2021.06.10)

| | |
|---|---|
| Residue? | No |
| Type of Calculation | Calculate Volume |
| Reserve Weight | 6.672 g |
| Reserve Volume | 6.6 mL |
| Remarks | Utilized glass vial from net weight with previous empty weighing. |

### Description of Reserve Evidence
Analyst: GAAVILA (2021.06.10)

| | |
|---|---|
| Description | 1 new ziplock bag -with barcode, initials, and date added- with the original piece of paper and packaging, and 1 new white screwcap glass vial -with barcode, initials, and date added- containing a brown liquid, all placed within original DEA SSEE. |
| Date Sealed | 2021-06-10 |
| Remarks | No Remarks |

### Gross Weight After Analysis
**Equipment : DEA 365126**  Analyst: GAAVILA (2021.06.10)

| | |
|---|---|
| Gross Weight After Analysis | 112.6 g |
| Remarks | No Remarks |

### Summary of Findings
Analyst: GAAVILA (2021.06.10)

**Findings**

| Exhibit | Gross Wt | Net Wt (Reported) | Net Wt | Reserve Wt | Retained Wt |
|---|---|---|---|---|---|
| 5 | 101.0 g | 19.925 g ± 0.003 g | 19.9257 g ± 0.00252 g | 6.672 g | |
| **Constituent** | | **Purity** | **APD (Reported)** | **APD** | |
| Methamphetamine | | | | | |