**Heather L. Harris, MFS, JD, ABC-CC, ABC-DA**
PO Box 235
Glenside PA 19038
Phone: 215 880 3943
Email: chemist@hlharris.com

July 18, 2022

**TO:** Timothy P. O'Hara, Esq.
Assistant Federal Public Defender
633 17th Street
Suite 1000
Denver, CO 80202

**RE:** *U.S. v. Bryant*, COX-DN-2021-00338

Dear Mr. O'Hara:

You have retained me, Heather L. Harris, MFS, JD, ABC-CC, ABC-DA, as a consultant to review documentation and provide an opinion in the above captioned case. Specifically, I reviewed documents and data produced by the Drug Enforcement Administration (DEA) Western Laboratory and the Office of the District Attorney Eighteenth Judicial District to evaluate the reliability of the government's conclusions regarding the liquid evidence. The government's reports identify the liquid evidence as methamphetamine weighing 19.925 grams. It is my opinion that this does not accurately characterize the evidence.

To begin, the weight of the evidence, 19.925 grams, seems to be a significant amount when considered in terms of solid drug evidence. However, in this case, the evidence is in the form of a liquid. According to the measurements conducted by the DEA chemist, the density of this liquid is 1.0004 grams/milliliter, which identifies this liquid as water. Because water is a heavy liquid, the volume of this evidence is only 19.9 milliliters. This is actually a small amount of liquid, about 5% of a typical can of soda that contains 355 milliliters.

Also, the weight of the evidence, 19.925 grams, is not equivalent to the weight of the methamphetamine present in this evidence. The DEA laboratory notes indicate that the evidentiary sample contains a "low level" of methamphetamine. It then further clarifies this low level as "below 1% in sample matrix." In this case, the sample matrix is the liquid and the methamphetamine comprises less than 1% of that liquid. Since the liquid weighs 19.925 grams, the methamphetamine present in this sample can weigh 0.199 grams at most.

In summary, based on my education, training and experience in the field of forensic chemistry, it is my opinion that the laboratory analysis has identified a low-level of methamphetamine in this water sample. Water is responsible for the majority of the weight reported here. Therefore, the amount of actual methamphetamine is quite small.

If any additional information is forthcoming concerning this case, I would be willing to re-evaluate my opinions and conclusions. Please feel free to contact me if you have any further questions or concerns.

DEFENDANT'S EXHIBIT C
United States v. Bryant
21-cr-00112-DDD

RE: *US v. Bryant*<br>Page 2

Respectfully,

*Heather L Harris*

Heather L. Harris, MFS, JD, ABC-CC, ABC-DA
Forensic Chemistry Consultant