IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00112-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**BLAIR BRYANT,**

       **Defendant.**

---

**SUPPLEMENT TO RESTRICTED DOCUMENT NO. 49**

---

       MR. BLAIR BRYANT, through undersigned counsel, Timothy P. O'Hara, respectfully supplements his Restricted Document No. 49 with Exhibits J and K, which are attached.

       Respectfully Submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       *s/ Timothy P. O'Hara*
       TIMOTHY P. O'HARA
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Timothy_OHara@fd.org
       Attorney for Defendant


*I certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.*

## CERTIFICATE OF SERVICE

I certify that on July 19, 2022, I electronically filed the foregoing **SUPPLEMENT TO RESTRICTED DOCUMENT NO. 49** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

>Andrea Surratt
>Assistant United States Attorney
>Email: Andrea.Surratt@usdoj.gov

and I certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

>Blair Bryant
>(by U.S. Mail)

>*s/ Timothy P. O'Hara*
>TIMOTHY P. O'HARA
>Assistant Federal Public Defender
>633 Seventeenth Street, Suite 1000
>Denver, Colorado  80202
>Telephone:  (303) 294-7002
>FAX:  (303) 294-1192
>Timothy_OHara@fd.org
>Attorney for Defendant