# LARIMER COUNTY | COMMUNITY CORRECTIONS DEPARTMENT

2255 Midpoint Drive, Fort Collins, Colorado 80525-4306, 970.498.7530, Larimer.org/cjs/comcor

**DEFENDANT'S EXHIBIT J**
United States v. Bryant
21-cr-00112-DDD

**DATE:** July 14, 2022

**TO:** Timothy O'Hara, Federal Public Defender's Office

**FROM:** Sharon K. Schumann, Correctional Case Specialist II

**SUBJECT:** Blair Winters Bryant, DOB: 12/26/1979

**Employment:** Mr. Bryant obtained employment with Goodwill Industries, 315 Pavilion, Fort Collins, CO on July 3, 2021. He was hired as a part-time employee due to his disability status. Mr. Bryant has worked in the shoe department and reports loving his job. As of July 7, 2022, Mr. Bryant gave his two weeks' notice, so he is eligible for rehire in the future.

**Subsistence:** Mr. Bryant has turned in subsistence on a regular basis. During his stay at Larimer County Community Corrections (LCCC), Mr. Bryant has paid $3433 in subsistence and has been able to save $7680 through his LCCC savings account.

**Treatment**: Mr. Bryant began treatment, via Zoom, with Creative Counseling- Greeley at the beginning of June 2021. Mr. Bryant attended Individual Treatment, Dialectical Behavioral Treatment (DBT), and Relapse Prevention (RP) classes until his entry into the LCCC Strategic Individualized Remediation Treatment (STIRT) program from October 5, 2021. He successfully completed STIRT on October 26, 2021. Mr. Bryant also attended, and completed, 180 days of STIRT aftercare.

**Drug/Alcohol Testing:** Mr. Bryant's entry urinalysis (UA) screen, on April 29, 2021, was positive for the presence of Methamphetamine/Amphetamines, Benzodiazepines, Opiates, and THC. All additional UAs were negative for the presence of alcohol and/or drugs. Mr. Bryant failed to submit a UA on September 24, 2021.

**Write Ups:** Mr. Bryant received the following write ups, or significant incident reports, while at LCCC:
5/29/2021    Unauthorized Area
9/26/2021    Violation of an Operational Rule
9/27/2021    Treatment Misconduct
10/17/2021   Unauthorized Area
4/13/2022    Prohibited Time/Location (5 to 30 minutes)



**General:** Mr. Bryant was quarantined, due to either being exposed to, or having COVID-19 multiple times. Upon being released from each quarantine, he went back to work immediately. Mr. Bryant also attended some treatment classes while quarantined.

Mr. Bryant was very successful at saving money while at LCCC. He has money in his LCCC savings account in addition to the money he was saving on his disability pay card.

Mr. Bryant maintained a positive attitude throughout his program and was very helpful with counseling other clients on how to successfully complete the program.



January 1, 2018
<Subject>
Page 2