


To Whom it May Concern,

Mr. Blair Bryant has been accepted into Emmy's House with the following contingencies:
- $1000 will be required UPON MOVE-IN. This cost will cover:
  - $750 first month's room fees
  - $250 supplies fee which covers the cost of bedding basics
- Availability: We will not hold a bed for more than TWO WEEKS unless prior arrangements have been made to cover the cost of holding the space.
- Clean UA upon admission

Based on our communication with Mr. Bryant, we believe he will be a valuable member of Emmy's House, and that he has the desire to be successful in his sobriety.

Kindest Regards,

*David Schlosser*

David Schlosser