IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-112-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BLAIR BRYANT,

    Defendant.

---

### GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)

---

    The United States of America, by and through undersigned counsel, hereby files a motion pursuant to U.S.S.G. § 3E1.1(b) as to defendant BLAIR BRYANT in the above-captioned matter. As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On January 6, 2022, the defendant pled guilty to all four counts in the Indictment without a plea agreement. [ECF #36]. Sentencing is scheduled for July 21, 2022. [ECF #43].

    2.    To the extent the Court finds that the defendant's offense level is 16 or greater, the Government moves pursuant to U.S.S.G. § 3E1.1(b) for a one-level reduction in the defendant's offense level because the defendant timely notified the Government of his intent to plead guilty in this matter. If the defendant's offense level is less than 16, U.S.S.G. § 3E1.1(b) is inapplicable.

3.     The Government respectfully requests that the Court grant the Government's motion upon sentencing of the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves as described herein as to defendant BLAIR BRYANT.

Respectfully submitted this 20th day of July, 2022.

                      COLE FINEGAN
                      United States Attorney

By:    *s/ Andrea Surratt*
        Andrea Surratt
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        e-mail:  Andrea.Surratt@usdoj.gov