IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Criminal Case No.: 21-cr-00112-DDD | Date:  July 21, 2022 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Julie Thomas |
| Probation Officer:   Sara Johnson | Interpreter: N/A |

*Parties:*                                                         *Counsel:*

UNITED STATES OF AMERICA,                     Andrea L. Surratt

    Plaintiff,

v.

1. BLAIR BRYANT,                                             Timothy P. O'Hara

    Defendant.

## COURTROOM MINUTES

**SENTENCING HEARING**

**10:33 a.m.    Court in session**.

Defendant present, on bond.

**Change of Plea Hearing on January 6, 2022. Defendant pled guilty to Counts 1-4 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by counsel for Government, counsel for Defendant, and by Defendant on his own behalf.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument.

**ORDERED:** Defendant is sentenced to time served and a supervised release for a term of three (3) years for each count to be served concurrently and a special assessment fee in the total amount of $400.00

**Conditions are as set forth in the record.**

The defendant is advised of his right to appeal.

**ORDERED:** [49] Motion is **GRANTED.**

**ORDERED:** [60] Government's Motion Pursuant to U.S.S.G. § 3E1.1(b) is **GRANTED.**

**ORDERED:** Bond is discharged.

**11:35 a.m.** Court in recess.

**Hearing concluded. Total time: 00:58**